IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARREL A. CAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| DOUGLAS A. COLLINS, SECRETARY | ) | 3:25-CV-1959-G-BW |
| DEPARTMENT OF VETERAN | ) | |
| AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 27, 2025, the magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("FCR") recommending that this action be dismissed for failure to serve the defendant under Federal Rule of Civil Procedure 4. No objections to the FCR were filed. The District Judge has reviewed the FCR for plain error. Finding none, the District Judge **ACCEPTS** them as the findings and conclusions of the court. Accordingly, the court will enter judgment **DISMISSING** this action without prejudice for failure to serve the defendant. *See* FED. R. CIV. P. 4(m).

**SO ORDERED**.

December 8, 2025.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**